ALEXANDER B. CVITAN (SBN 81746), and
MARSHA M. HAMASAKI (SBN 102720), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-mails: alc@rac-law.com; marshah@rac-law.com

Attorneys for Plaintiff/Judgment Creditor

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TED L VANCE & SONS GENERAL ENGINEERING CONTRACTOR, a California partnership; TED LYONS VANCE, an individual; RANDALL LARSON VANCE, an individual; DAVID LYNN VANCE, an individual,<br><br>_____Defendants. | CASE NO.:<br><br>CV-03-6287 MMM (RNBx)<br><br>[~~PROPOSED~~]<br>RENEWAL OF JUDGMENT<br><br>[NO HEARING SCHEDULED] |

Judgment Debtors, TED L VANCE & SONS GENERAL ENGINEERING CONTRACTOR, a California partnership, TED LYONS VANCE, an individual, RANDALL LARSON VANCE, an individual, and DAVID LYNN VANCE, an individual (hereinafter referred to as "DEBTORS"), having had Judgment entered against DEBTORS on June 23, 2004.

NOW, upon application of CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, (hereinafter

-1-

referred to as "JUDGMENT CREDITOR"), and upon declaration that DEBTORS have failed to pay the total amount of said Judgment and is indebted to JUDGMENT CREDITOR.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Judgment against judgment DEBTORS be renewed and with respect to the money portion of the judgment as follows:

Renewal of Money judgment:

    a.   Total Judgment..........................$ 35,955.59
    b.   Costs after Judgment....................$      0.00
    c.   Interest after Judgment computed
        through August 24, 2010 at 2.22%
        accruing at $2.19 per day..............$  5,272.46
    d.   Less credits after Judgment............$      0.00
    e.   Subtotal...............................$ 41,228.05
    f.   Total Renewed Judgment.................$ 41,228.05

DATED: August 25, 2010

Brent Pacillas
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Presented by:

MARSHA M. HAMASAKI, A Member of
REICH, ADELL & CVITAN
A Professional Law Corporation

By:      /s/
   MARSHA M. HAMASAKI
   Attorney for Plaintiff
   and Judgment Creditor

-2-

181445.1

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Boulevard, Suite 2000, Los Angeles, California 90010-2421.

    On **August 24, 2010,** I served the foregoing document described as **[PROPOSED] RENEWAL OF JUDGMENT** on the interested parties in this action by United States First Class Mail and by placing

[ ] the original     [X] a true copy thereof

enclosed in a sealed envelope addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

[X] (By Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (By Fax) I transmitted said document(s) at __:__ p.m. to fax telephone number (310) 576-2200, executed on _____, at Los Angeles, California.

Executed on **August 24, 2010** at Los Angeles, California.

[ ] (By Personal Service) I caused such envelope to be delivered by hand to the offices of the addressee.

[X] (Federal Court) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                 /s/
                        VIRGINIA ALVAREZ

## SERVICE LIST

TED L VANCE & SONS GENERAL ENGINEERING CONTRACTOR
Poway, California 92064

TED LYONS VANCE
Poway, California 92064

RANDALL LARSON VANCE
Escondido, California 92027

DAVID LYNN VANCE
Poway, California 92064